## IN THE UNITED STATES BANKRUPTCY COURT
## IN THE NORTHERN DISTRICT OF MISSISSIPPI

RE:                                                    BANKRUPTCY NO: 21-12312-SDM
**VICKIE ROBY**
**JOHN ROBY**
**2409 ATTALA RD 4125**
**SALLIS, MS  39160-**

### NOTICE AND MOTION TO DISMISS

**COMES NOW**, Todd S. Johns, the duly appointed and qualified Standing **TRUSTEE** in the above cause, and moves to dismiss the above proceeding for the reason that the **DEBTOR** has failed to make payments into the plan as required by Chapter 13 of the Bankruptcy Code.

**NOTICE IS HEREBY GIVEN**, to the **DEBTOR** herein, that unless the below required sum is received by the **TRUSTEE**, or a written responsive pleading is filed with the Clerk of the Court with a copy to the **TRUSTEE** prior to the depicted due date, the Chapter 13 proceeding of the above **DEBTOR** will be dismissed.

**WHEREFORE, TRUSTEE** moves this Court to enter its Order of Dismissal unless said sum is received as set out herein or said responsive pleading is properly filed.

**Respectfully Submitted on JANUARY 23, 2026.**      /S/ TODD S. JOHNS
                                                      CHAPTER 13 TRUSTEE
                                                      PO BOX 1326
                                                      BRANDON MS 39043
                                                      601-825-7663

**AMOUNT DUE**:  **$4395.00**
(includes amount past due through DECEMBER 2025, plus accruing payments due for JANUARY 2026).

**DATE DUE: FEBRUARY 13, 2026.**

### CERTIFICATE OF SERVICE

I, Todd S. Johns, Standing Trustee, do hereby certify that on the above date of the Notice and Motion to Dismiss, I caused to be delivered, either electronically or via U.S. Mail, postage prepaid, a true and correct copy of the foregoing Notice and Motion to Dismiss to the **DEBTOR**, to the Attorney for the **DEBTOR** herein and to the Office of the U.S. Trustee.

**DATED**:  JANUARY 23, 2026.                   /s/ TODD S. JOHNS, CHAPTER 13 TRUSTEE

DEBTOR'S ATTORNEY                          **PLEASE SEND PAYMENTS ONLY TO:**
THOMAS C ROLLINS, JR
P O BOX 13767                              **Chapter 13 Trustee**
JACKSON, MS 39236-                         **P.O. Box 1985**
                                           **Memphis, TN, 38101-1985**