SO ORDERED,



Judge Selene D. Maddox

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                    CHAPTER 13 NO:
VICKIE AND JOHN ROBY                 21-12312-SDM

### AGREED ORDER

THIS CAUSE came on for consideration on the Trustee's Motion to Dismiss (Docket No. 20) and, pursuant to an agreement reached by the parties herein prior to the hearing date, the Court does hereby find and Order as follows:

THAT, the Trustee's Motion to Dismiss is denied.

THAT, all plan payment arrears through April, 2026, in the approximate amount of $4,380.00 (less any subsequent deposits which may be made to the case in the interim), shall be amortized over the remaining plan period, with the Trustee's Office to record the corresponding abatement in her case accounting system.

THAT, the Debtor's wage deduction order shall be amended to a sum sufficient to complete all plan payments within the original confirmed plan period.

###END OF ORDER###

APPROVED:

/s/ JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS,
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON MS 39043
601-825-7663; attorney.tyree@vardaman13.com

/s/ Thomas C. Rollins, Jr. w/ permission
DEBTOR'S ATTORNEY
Thomas C. Rollins, Jr.
PO Box 627
Ridgeland, MS 39158-0627
trollins@therollinsfirm.com; 601-500-5533; MSB#103469

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 21-12312-SDM |
| Vickie Jean Roby | Chapter 13 |
| John Alec Roby | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 3 |
| Date Rcvd: Apr 16, 2026 | Form ID: pdf0005 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vickie Jean Roby, John Alec Roby, 2409 Attala Rd 4125, Sallis, MS 39160-5185 |
| 4140392 | | 1st Heritage, 416 MS-12, Kosciusko, MS 39090 |
| 4140393 | + | Acima Credit, 9815 S Monroe St Fl 4, Sandy, UT 84070-4384 |
| 4140396 | + | Baptist Memorial Hospi, P.O. Box 745334, Atlanta, GA 30384-0001 |
| 4140403 | | Family Choice, 410 MS-12 East, Kosciusko, MS 39090 |
| 4140407 | + | Kosciusko Money Matters, 124 Parkway Plaza, Kosciusko, MS 39090-3217 |
| 4140408 | | Madison RAD Grp LLC, 401 Baptist Dr, Ste 105, Madison, MS 39110-2010 |
| 4182923 | + | Money Matters, 124 Parkway Plaza, Kosciusko, MS 39090-3217 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4140394 | | Email/Text: ebn@americollect.com | Apr 16 2026 23:49:00 | Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 4140395 | + | Email/Text: bankruptcy@sccompanies.com | Apr 16 2026 23:49:00 | Amerimark Premier, Po Box 2845, Monroe, WI 53566-8045 |
| 4141226 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 16 2026 23:59:25 | Attn: Exeter Finance LLC Department, AIS Portfolio Services, LP, Account: XXX4230, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4140397 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2026 23:59:24 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 4148156 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2026 23:59:24 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 4140398 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2026 23:49:00 | Comenity Bank/Catherines, Po Box 182789, Columbus, OH 43218-2789 |
| 4140399 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2026 23:49:00 | Comenity Bank/Kingsize, Po Box 182789, Columbus, OH 43218-2789 |
| 4140400 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 16 2026 23:59:32 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 4140402 | | Email/Text: exeter@ebn.phinsolutions.com | Apr 16 2026 23:49:00 | Exeter Finance LLC, Po Box 166097, Irving, TX 75016 |
| 4140401 | + | Email/Text: credit7@entergy.com | Apr 16 2026 23:48:00 | Entergy Mississippi, Inc., 639 Loyola Avenue, New Orleans, LA 70113-3125 |
| 4144206 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 16 2026 23:59:25 | Exeter Finance LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4140404 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 16 2026 23:59:30 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

District/off: 0537-1 | User: autodocke | Page 2 of 3
Date Rcvd: Apr 16, 2026 | Form ID: pdf0005 | Total Noticed: 36

| | | | |
|---|---|---|---|
| 4140405 | + Email/Text: bankruptcy@curo.com | Apr 16 2026 23:49:00 | First Heritage Credit, 114 Veterns Memorial Drive, Kosciusko, MS 39090-3849 |
| 4140406 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 16 2026 23:59:25 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 4145219 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2026 23:59:26 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4146791 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 16 2026 23:59:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4140409 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 16 2026 23:59:24 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 4151515 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 16 2026 23:49:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 4140410 | Email/Text: bankruptcy@republicfinance.com | Apr 16 2026 23:49:00 | Republic Finance, 59 Veterans Memorial Dr, Kosciusko, MS 39090 |
| 4144198 | Email/Text: bankruptcy@republicfinance.com | Apr 16 2026 23:49:00 | Republic Finance, LLC, 282 Tower Rd, Ponchatoula, LA 70454 |
| 4140411 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2026 23:59:33 | Resurgent Capital Svcs, P.O. Box 1410, Troy, MI 48099-1410 |
| 4140412 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 16 2026 23:49:00 | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 4142287 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 16 2026 23:49:00 | Santander Consumer USA, Inc., 1601 Elm St., Ste. 800, Dallas, TX 75201-7260 |
| 4140413 | Email/Text: bankruptcy@towerloan.com | Apr 16 2026 23:48:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 4153413 | + Email/Text: bankruptcy@towerloan.com | Apr 16 2026 23:48:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 4140414 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2026 23:49:00 | Woman Within, PO Box 659728, San Antonio, TX 78265 |
| 4140415 | + Email/Text: bk@worldacceptance.com | Apr 16 2026 23:49:00 | World Acceptance Corp, Po Box 6429, Greenville, SC 29606-6429 |
| 4141552 | + Email/Text: bk@worldacceptance.com | Apr 16 2026 23:49:00 | World Finance Corp. c/o World Acceptance Corp., Attn: Bankruptcy Processing Center, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026          Signature:          /s/Gustava Winters

District/off: 0537-1                         User: autodocke                                    Page 3 of 3
Date Rcvd: Apr 16, 2026                      Form ID: pdf0005                              Total Noticed: 36

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Thomas C. Rollins, Jr. | on behalf of Joint Debtor John Alec Roby trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Debtor Vickie Jean Roby trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Todd S. Johns | vardaman13ecf@gmail.com  tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 4