**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**Northern District of Mississippi**

**IN THE MATTER OF:** **CASE NO.: 21-12312-SDM**

**VICKIE JEAN ROBY**
2409 ATTALA RD 4125
SALLIS, MS 39160

**RELEASE OF WAGES**

THE ORDER HERETOFOR ENTERED IN THESE PROCEEDINGS BY WHICH THE DEBTOR'S EMPLOYER:

PAYING PERSONALLY

WAS REQUIRED TO PAY THE ABOVE DEBTOR'S EARNINGS OR A PORTION THEREOF TO:

Todd S. Johns
Standing Chapter 13 Trustee
P. O. Box 1326
BRANDON, MS 39043-1326

IS VACATED FOR THE FOLLOWING REASON(S): PLAN COMPLETED

AND THE ABOVE-NAMED EMPLOYER WILL HENCEFORTH CEASE DEDUCTIONS OF ANY WAGES AND WILL ACCOUNT DIRECTLY TO THE EMPLOYEE FOR ANY WAGES EARNED.

DATED AT Aberdeen, MS on 10/23/2026

THOMAS C ROLLINS, JR
P O BOX 13767
JACKSON, MS 39236

SUBMITTED BY:
/s/ Todd S. Johns, Standing Chapter 13 Trustee
MSB# 9587
P. O. Box 1326, BRANDON, MS 390431326
601-825-7663; trustee.johns@ch13mstrustee.com