Certificate Number: 17082-MSN-DE-041608619

Bankruptcy Case Number: 21-12312

17082-MSN-DE-041608619

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 27, 2026, at 3:38 o'clock PM MST, VICKIE J ROBY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date: October 27, 2026

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director