CM/ECF certdsch
(Rev. 12/27/19)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| In Re: Vickie Jean Roby and John Alec Roby )<br>Debtor(s) )<br>)<br>)<br>) | Case No.: 21−12312−SDM<br>Chapter: 13<br>Judge: Selene D. Maddox |

**<u>NOTICE</u>**

ATTENTION ATTORNEY FOR DEBTOR(S) AND/OR DEBTOR(S). Through an entry on the case docket, the trustee in the above referenced Chapter 13 case has notified this office that the final payment due pursuant to the confirmed plan has been received. As provided by the Amended Standing Order Adopting Procedures for Obtaining Discharge in Completed Chapter 13 Cases (available on the court's website), a *Debtor's Certification and Motion for Entry of Chapter 13 Discharge* must be filed and served on all creditors and parties in interest in order to receive a discharge. (A form *Certification and Motion* is available on the court's website.) The *Certification and Motion* must be filed within 30 days from the date on which the *Notice of Completion of Plan Payments* was placed on the docket of this case by the Chapter 13 trustee.

If the debtor(s) has/have filed a **motion for hardship discharge** pursuant to 11 U.S.C. Section 1328(b), the debtor(s) has/have thirty (30) days from the date of the entry of the order granting the motion for hardship discharge within which to file the *Debtor's Certification and Motion for Entry of Chapter 13 Discharge.*

ALTERNATIVELY, if the *Certification and Motion* is not timely filed, the case may be closed without entry of discharge.

DATE OF ISSUANCE: 10/23/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: LJB
Deputy Clerk

United States Bankruptcy Court
Northern District of Mississippi

In re: Case No. 21-12312-SDM
Vickie Jean Roby Chapter 13
John Alec Roby
Debtors

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Nov 01, 2026 Form ID: certdsch Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vickie Jean Roby, John Alec Roby, 2409 Attala Rd 4125, Sallis, MS 39160-5185 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas C. Rollins, Jr. | on behalf of Joint Debtor John Alec Roby trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Debtor Vickie Jean Roby trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Todd S. Johns | vardaman13ecf@gmail.com tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 4