**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Vickie Jean Roby** **Case No. 21-12312-SDM**
**John Alec Roby, Debtors** **Chapter 13**

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtors certify under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, we have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. We have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then we have not claimed an exemption for my/our residence in an amount in excess of the statutory

cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. We have made all payments required by my confirmed Chapter 13 plan.

2. Debtors hereby move the court for the entry of a discharge order in this case.

Signed: /s/ Vickie Jean Roby — 11/02/2026
Vickie Jean Roby — Date

/s/ John Alec Roby — 11/02/2026
John Alec Roby — Date

/s/ Thomas C. Rollins, Jr. — 11/03/2026
Thomas C. Rollins, Jr., MS Bar No. 103469 — Date
Attorney for the Debtors
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

Jackson Office:
Danny L. Miller, Clerk
United States Bankruptcy Court
Thad Cochran US Courthouse
501 E Court St, Ste 2.300
Jackson, MS 39201

Gulfport Divisional Office:
Danny L. Miller, Clerk
United States Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th St, Suite 244
Gulfport, MS 39501

**CERTIFICATE OF SERVICE**

On November 3, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:
VICKIE JEAN ROBY
JOHN ALEC ROBY

CASE NO: 21-12312-SDM

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13

On 11/3/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/3/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

VICKIE JEAN ROBY
JOHN ALEC ROBY

CASE NO: 21-12312-SDM

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 11/3/2026, a copy of the following documents, described below,

Notice and Motion for Entry of Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/3/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
05371
CASE 21-12312-SDM
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN
TUE NOV 3 14-30-33 CST 2026

1ST HERITAGE
416 MS12
KOSCIUSKO MS 39090

ACIMA CREDIT
9815 S MONROE ST FL 4
SANDY UT 84070-4384

(P)AMERICOLLECT INC
PO BOX 2080
MANITOWOC WI 54221-2080

AMERIMARK PREMIER
PO BOX 2845
MONROE WI 53566-8045

ATTN EXETER FINANCE LLC DEPARTMENT
AIS PORTFOLIO SERVICES LP
ACCOUNT- XXX4230
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

BAPTIST MEMORIAL HOSPI
PO BOX 745334
ATLANTA GA 30384-0001

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY UT 84131-0293

CAPITAL ONE BANK (USA) NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

COMENITY BANKCATHERINES
PO BOX 182789
COLUMBUS OH 43218-2789

COMENITY BANKKINGSIZE
PO BOX 182789
COLUMBUS OH 43218-2789

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS NV 89193-8873

ENTERGY MISSISSIPPI INC
639 LOYOLA AVENUE
NEW ORLEANS LA 70113-3125

EXETER FINANCE LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

(P)EXETER FINANCE LLC
NANNETTE ALAMILLA
2101 W JOHN CARPENTER FWY
IRVING TX 75063-3228

EXETER FINANCE LLC CO AIS PORTFOLIO SERVIC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

FAMILY CHOICE
410 MS12 EAST
KOSCIUSKO MS 39090

FINGERHUT
6250 RIDGEWOOD ROAD
SAINT CLOUD MN 56303-0820

FIRST HERITAGE CREDIT
114 VETERNS MEMORIAL DRIVE
KOSCIUSKO MS 39090-3849

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS SD 57107-0145

TODD S JOHNS
TODD S JOHNS CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON MS 39043-1326

KOSCIUSKO MONEY MATTERS
124 PARKWAY PLAZA
KOSCIUSKO MS 39090-3217

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE SC 29603-0368

MADISON RAD GRP LLC
401 BAPTIST DR
STE 105
MADISON MS 39110-2010

MERRICK BANKCARDWORKS
PO BOX 9201
OLD BETHPAGE NY 11804-9001

MONEY MATTERS
124 PARKWAY PLAZA
KOSCIUSKO MS 39090-3217

PREMIER BANKCARD LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-7999

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

RESURGENT CAPITAL SVCS
PO BOX 1410
TROY MI 48099-1410

JOHN ALEC ROBY
2409 ATTALA RD 4125
SALLIS MS 39160-5185

DEBTOR
VICKIE JEAN ROBY
2409 ATTALA RD 4125
SALLIS MS 39160-5185

~~EXCLUDE~~
~~THOMAS C ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

SANTANDER CONSUMER USA
PO BOX 961211
FORT WORTH TX 76161-0211

SANTANDER CONSUMER USA INC
1601 ELM ST STE 800
DALLAS TX 75201-7260

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

TOWER LOAN OF MISSISSIPPI LLC
PO BOX 320001
FLOWOOD MS 39232-0001

~~EXCLUDE~~
~~U S TRUSTEE~~
~~501 EAST COURT STREET SUITE 6430~~
~~JACKSON MS 39201-5022~~

WOMAN WITHIN
PO BOX 659728
SAN ANTONIO TX 78265

WORLD ACCEPTANCE CORP
PO BOX 6429
GREENVILLE SC 29606-6429

WORLD FINANCE CORP CO WORLD ACCEPTANCE COR
ATTN BANKRUPTCY PROCESSING CENTER
PO BOX 6429
GREENVILLE SC 29606-6429